DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

IGNACIO ZELAYA,

Appellant,

v.

BAM 32 INC., and RE 710 LLC,

Appellees.

No. 2D2023-1905

_____

August 28, 2024

Appeal from the County Court for Hillsborough County; Michael J. Hooi, Judge.

Janelle A. Weber of Manta Law, Tampa, for Appellant.

Erik De L'Etoile of De L'Etoile Law Firm, P.A., Tampa for Appellee Bam 32 Inc.

Matthew D. Wolf of Ivanov & Wolf, PLLC, Tampa, for Appellee RE 710 LLC.

PER CURIAM.

Affirmed.

SLEET, C.J., and KELLY, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.